No. 80–968. City of Detroit v. Detroit Police Officers Assn. et al. Appeal from Sup. Ct. Mich. dismissed for want of substantial federal question.

No. 80–1014. Carroll Feed Service, Inc. v. Director, Illinois Department of Agriculture, et al. Appeal from App. Ct. Ill., 2d Dist., dismissed for want of substantial federal question.

No. 80–1055. Rembold, Administrator, et al. v. Elizabeth Gamble Deaconess Home Assn., dba Christ Hospital, et al. Appeal from Ct. App. Ohio, Hamilton County, dismissed for want of substantial federal question.

No. 80–5920. Goode v. Ohio. Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question.

No. 80–5902. De Priest v. Bible, Commissioner, Tennessee Department of Employment Security, et al. Appeal from Ct. App. Tenn. dismissed for want of substantial federal question. Justice Brennan and Justice Stewart would note probable jurisdiction and set case for oral argument.

No. 80–892. GAF Corp. v. Cheng. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded with instructions that the appeal be dismissed. *Firestone Tire & Rubber Co.* v. *Risjord,* 449 U. S. 368 (1981).